UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:26-cv-11863-KK-CTS Date: November 10, 2026

Title: *E.S.O.H. v. Ruby Hernandez, et al.*

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Deyanira Vasquez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order Granting in Part Petitioner's Application for Leave to File Under Seal and Proceed by Pseudonym (ECF No. 2); Granting Petitioner's Applications for Leave to File Under Seal (ECF Nos. 10–11); and Granting Petitioner's Application for Appointment of Guardian Ad Litem (ECF No. 3)**

On October 9, 2026, Petitioner filed an Application for Leave to File Under Seal and Proceed by Pseudonym. (ECF No. 2.) No opposition was filed by Respondents. With respect to the request to proceed under a pseudonym, the Court finds the *Does I thru XXIII* balancing factors weigh in favor of granting Petitioner's request. The Court finds this is the type of "'unusual case' when nondisclosure of the party's identity 'is necessary . . . to protect a person from harassment, injury, ridicule or personal embarrassment.'" *Does I thru XXIII v. Advanced Textile Corp*., 214 F.3d 1058, 1067–68 (9th Cir. 2000) (quoting *United States v. Doe*, 655 F.2d 920, 922 n. 1 (9th Cir.1981)).

The Court will not, however, grant a blanket request to seal documents that have not yet been identified, though individual requests to file documents under seal submitted pursuant to Local Rule 79-5.2 will be considered. Petitioner's Application for Leave to File Under Seal and Proceed by Pseudonym is therefore granted only in part. However, the Court finds that Petitioner has shown good cause to file under seal those documents identified as Exhibits B-F in Support of Petitioner's Reply to Verified Petition for Writ of Habeas Corpus, and accordingly grants the combined applications for leave to file those documents under seal. (ECF Nos. 10–11.)

Finally, the Court has reviewed Petitioner's Application for Appointment of Guardian Ad Litem, which requests that the Court appoint Erica Santamaria, the Program Manager of the Detained Youth Empowerment Project at Immigrant Defenders Law Center, as Petitioner's guardian

ad litem. (ECF No. 3.) No opposition to this motion was filed. "District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). "Rule 17(c) provides, in relevant part, that a district court 'must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action.'" *Id.* (quoting Fed. R. Civ. P. 17(c)(2)). An application for appointment of a guardian ad litem must be filed at the time of the minor or incompetent person's first appearance, C.D. Cal. R. 17-1.1, and a non-attorney guardian ad litem must be represented by counsel, *Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997). Here, Ms. Santamaria, Petitioner's proposed guardian ad litem, appears to be qualified to serve, and it does not appear that any conflicts or potential conflicts exist. The Court therefore GRANTS Petitioner's Application for Appointment of Guardian Ad Litem and appoints Ms. Santamaria as Petitioner's guardian ad litem.

Good cause having been shown, IT IS HEREBY ORDERED that:

1. Petitioner's Application for Leave to File Under Seal and Proceed by Pseudonym (ECF No. 2) is GRANTED IN PART;
2. The parties shall refer to Petitioner by the pseudonym E.S. O.H. in all filings and public proceedings;
3. The parties shall refer to Petitioner's parents, family members, and any proposed sponsor only by their initials in all public filings;
4. Petitioner's Applications for Leave to File Under Seal (ECF Nos. 10–11) are GRANTED;
5. Petitioner's Application for Appointment of Guardian Ad Litem (ECF No. 3) is GRANTED; and
6. Erica Santamaria, Program Manager of the Detained Youth Empowerment Project at Immigrant Defenders Law Center, is hereby APPOINTED as Petitioner's guardian ad litem.

It is so ordered.